**FILE COPY**



# Court of Appeals

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 7, 2019

Eric Coats
Attorney at Law
1716 South Polk Street
Amarillo, TX 79102
* DELIVERED VIA E-MAIL *

Warren L. Clark
Assistant Criminal District Attorney
Randall County Justice Center
2309 Russell Long Boulevard, Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

Jawone O'Neal Lee Riles
TDCJ-ID #02257072
Fort Stockton Unit
1536 IH-10 East
Fort Stockton, TX 79735

**RE:**   Case Number:  07-19-00153-CR, 07-19-00154-CR;
Trial Court Case Number: 27,687-B, 28,575-B

**Style:** Jawone ONeal Lee Riles v. The State of Texas

Dear Counsel and Mr. Riles:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable John B. Board (DELIVERED VIA E-MAIL)
Joel Forbis (DELIVERED VIA E-MAIL)